UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-61267-BB

HOWARD COHAN,

    Plaintiff,

vs.

QUARTERDECK SAWGRASS L.C., and
QUARTERDECK LAS OLAS LC, *d/b/a*
QUARTERDECK SEAFOOD BAR & GRILL,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, **HOWARD COHAN** ("Plaintiff") and Defendants', **QUARTERDECK SAWGRASS L.C.** and **QUARTERDECK LAS OLAS LC,** *d/b/a* **QUARTERDECK SEAFOOD BAR AND GRILL,** ("Defendants"), by and through their undersigned counsel, hereby give notice of reaching a settlement in this instant action.

The Parties respectfully request this Honorable Court to allow for an additional thirty (30) days to finalize and exchange an executed settlement document and jointly submit a final proposed Order of Dismissal.

Jointly submitted this 15th day of August, 2018.

**FEINSTEIN & SOROTA, P.A.**
7901 S.W. 6 Court, Ste. 305
Plantation, FL 33324
Tel: (954) 617-1500
Fax: (954) 617-4100
E-mail: fspa@fspalaw.com
*Counsel for Plaintiff*

By: */s/ Mark D. Feinstein*
    Mark D. Feinstein, Esq.
    Florida Bar No. 444170
Email: fspa@fspalaw.com

**LAW OFFICES OF NEIL S. ODESSKY, P.A.**
7901 S.W. 6th Court, Ste. 305
Plantation, FL 33324
Tel: (954) 617-1100
Fax: (954) 617-1300
E-mail: pleadings@nsolaw.com
*Counsel for Plaintiff*

By: */s/ Neil S. Odessky*
    Neil S. Odessky, Esq.
    Florida Bar No. 354661
Email: pleadings@nsolaw.com

**TRIPP, SCOTT, P.A.**
110 Southeast Sixth Street
15th Floor
Ft. Lauderdale, FL 33301
Tel: (954) 525-7500
Fax: (954) 761-8475
Email: rhl@trippscott.com
*Counsel for Defendant*

By: */s/ Ryan H. Lehrer*
    Ryan H. Lehrer, Esq.
    Florida Bar No. 0084423
Email: rhl@trippscott.com